# WEBER GALLAGHER
## SIMPSON STAPLETON
### FIRES & NEWBY LLP

November 12, 2008

**Sent Hand Delivery**

The Honorable Louis H. Pollak
United States District Court for Eastern District of PA
U.S. Courthouse
601 Market Street, Room 16613
Philadelphia, PA 19106

Direct Dial: (215) 972-7939
Email: wsimpson@wglaw.com

> RE:   **John Wadsworth vs. Dana Corporation & Torque Traction Mfg., Inc.**
> **Docket No.: 2:04-CV-05538-LP**
> **Our File Number: 0027953**

Dear Judge Pollak:

Pursuant to your request that counsel provide a report on the status of this matter, I wish to advise that bankruptcy counsel has been engaged to represent Mr. Wadsworth in the Dana Corporation bankruptcy proceedings in the Bankruptcy Court of the Southern District of New York. Further, on November 7, 2008, bankruptcy counsel for Mr. Wadsworth filed a Motion to Vacate the Order Expunging Mr. Wadsworth's Claim (Number 13278) and to Vacate Default for Failing to Respond to Objection to Claim and Allow Claim along with supporting Memorandum of Law and Affidavit. Bankruptcy counsel for Dana Corporation was served with a copy of the Motion and supporting documents. A courtesy copy was also sent to counsel for Dana Corporation in this matter.

As requested, we will keep your Honor advised of all significant developments in the bankruptcy matter.

Respectfully,

Warren L. Simpson, Jr.

WLS/so
cc:   Scott F. Cooper, Esquire (sent email)
      Mr. John Wadsworth (sent First Class Mail)

PHILADELPHIA  NEW YORK  PITTSBURGH  NEWARK  HARRISBURG  SCRANTON  CHERRY HILL  LONDON

2000 Market Street • 13th Floor • Philadelphia, PA 19103
(215) 972-7900 • (215) 564-7699 (fax) • www.wglaw.com